IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| CYNTHIA FLOWERS and KASIA PAWELEK, ) | CA NO. 9:22-cv-02124-BHH-MGB |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **THIRD AMENDED CONFERENCE** |
| ) | **AND SCHEDULING ORDER** |
| UNIVERSITY OF SOUTH CAROLINA, ) | |
| BEAUFORT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following amended schedule is established for this case. **ABSENT EXTRAORDINARY CIRCUMSTANCES, NO FURTHER EXTENSIONS WILL BE GRANTED.**

1.      Discovery shall be completed no later than **March 4, 2024**. All discovery requests shall be served in time for the responses thereto to be served by this date. *De bene esse* depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Baker in an attempt to resolve the matter informally.

2.      All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **April 4, 2024**. (Fed. R. Civ. P. 16(b)(2)).

3.      Mediation, pursuant to Local Civil Rules 16.04 - 16.12, shall be completed in this case on or before **April 1, 2024**.   At least thirty (30) days prior to this mediation deadline, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel.

    **IT IS SO ORDERED.**

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

December 7, 2023
Charleston, South Carolina